IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RANDSTAD GENERAL PARTNER US LLC, a Foreign Corporation, RANDSTAD USA, a Foreign Corporation, and RANDSTAD NORTH AMERICAN PARTNER, INC., a Foreign Corporation, RANDSTAD HOLDING NV, and THE PLACERS, LP, a Foreign Corporation, | ) ) ) ) ) ) ) ) | Case No. 1:11-cv-04893<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Sidney Schenkier |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Michael Morgan, and Defendants Randstad General Partner US LLC, Randstad USA, Randstad US, Randstad Holding NV, Randstad North American Partner, Inc., and The Placers, LP, by and through their respective attorneys, hereby stipulate to the dismissal of this litigation, with prejudice, with each side to bear its own costs and fees.

14267036v.2

2

| | |
|---|---|
| **DATED: April 4, 2012** | Respectfully submitted, |
| MICHAEL MORGAN | RANDSTAD GENERAL PARTNER US LLC |
| | RANDSTAD USA |
| By    /s/ Seth R. Halpern | RANDSTAD US |
| One of His Attorneys | RANDSTAD HOLDING NV |
| Seth R. Halpern<br>(shalpern@ameritech.net)<br>Carlie Marvel<br>(cmarvel@mhtriallaw.com)<br>Malkinson & Halpern, PC<br>208 S. LaSalle Street<br>Suite 1750<br>Chicago, IL 60604 | RANDSTAD NORTH AMERICAN PARTNER, INC.<br><br>THE PLACERS, LP<br><br>By    /s/Efrain A. Poloche<br><br>One of Its Attorneys<br><br>Benjamin D. Briggs (admitted *pro hac vice*)<br>(bbriggs@seyfarth.com)<br>Efrain A. Poloche<br>(spoloche@seyfarth.com)<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, NE, Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br><br>Ashley C. Workman<br>(aworkman@seyfarth.com)<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL  60603<br>(312) 460-5000 |

14267036v.2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be served upon the following counsel via the Court's electronic filing system on this 4th day of April, 2012:

>Seth R. Halpern (shalpern@ameritech.net)
>Carlie Marvel (cmarvel@mhtriallaw.com)
>Malkinson & Halpern, PC
>208 S. LaSalle Street
>Suite 1750
>Chicago, IL 60604

          /s/Efrain A. Poloche

Efrain A. Poloche
(spoloche@seyfarth.com)
SEYFARTH SHAW LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

14267036v.2